UNITED DISTRICT COURT FOR THE DISTRICT OF IDAHO

Andreamay WEISKIRCHER
Plaintiff

v.

Josh TEWALT, Director IDOC, ET AL.

CASE NO.

Request for Permissive Joinder And

Immenent Danger of Serious Physical Safety Emergency Review Request.

U.S. COURTS
AUG 30 2024
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

THE Plaintiff, Comes Now In A Request To This Court For A Permissive Joinder To 1:24 CV 00333 BLW, And 1:24 CV 00249 BLW. THE Plaintiff also asserts To This Court That She is in Immenent danger And under FED. RULES OF CIV. PROC, Request Immediate Review And Expite the Review under Immenent Danger Of Serious Physical Injury. The Plaintiff is incarcerated as An IDOC state HOLD inside The ADA county Jail And THE ADA county Jail has Failed To Protect All victims in ACSO DR 20245779 against IDOC. One victim was violently assaulted in her Bed After filing a PREA REPORT inside the ACJ. ACJ is allowing IDOC staff inside the Jail to intimidate & Harrass The Victims Whom Reported IDOC For PREA at the ADA county Jail under Sherriff Clifford who attempted to Surpress the Reports.

_signature_   8/27/24